IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOAO PALMEIRO, #A30 419 941        * <br>     Petitioner <br>     v.                                         *   CIVIL ACTION NO. AMD-05-1485 <br> ICE                                                      * <br>     Respondent <br>                                                                           ****** | |

MEMORANDUM

In his 28 U.S.C. § 2241 petition for habeas corpus relief, petitioner asserts a challenge to his continued post-removal-order detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). *See* Paper No. 1. At the time the petition was received on June 1, 2005, petitioner was a Department of Homeland Security, Immigration and Customs Enforcement ("ICE") detainee housed at the St. Mary's County Detention Center in Leonardtown, Maryland. *Id*. He claimed that he had been detained in ICE custody since November 28, 2004, and that neither France nor Portugal, his respective birth country and country of origin, were able or willing to accept him. *Id*. Petitioner asserted that as his deportation to either country was not foreseeable and he had been held in ICE custody for longer than six months. *Id*.

Respondent has responded to the petition. Paper No. 5. ICE indicates that petitioner was taken into immigration custody on November 29, 2004, based upon an order of removal issued on October 1, 1999.[*] Paper No. 5, Exs. A & B. Respondent states that on June 20, 2005, petitioner was released from ICE custody under an order of supervision to an address in Rockville, Maryland. *Id*., Ex. D.

---

[*] The record shows that on February 8, 1996, petitioner was convicted of child abuse and battery in the Circuit Court for Montgomery County and sentenced to concurrent four-year, eleven-month terms. Paper No. 5, Ex. A. On April 15, 1998, he was charged as removable from the United States as an alien convicted of an aggravated felony. *Id*. On October 1, 1999, Immigration Judge M. Christopher Grant ordered petitioner removed from the United States to Portugal. *Id*., Ex. B. On August 14, 2003, the Board of Immigration Appeals affirmed Judge Grant's determination. *Id*., Ex. C.

Petitioner's release from custody on immigration supervision moots his habeas relief request. *See Picron-Peron v. Rison*, 930 F.2d 773, 775-76 (9th Cir. 1991). Therefore, his petition shall be dismissed. A separate Order follows.

Date: June 29, 2005                                         /s/
                                                            Andre M. Davis
                                                            United States District Judge